IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WESTCOR LAND TITLE INSURANCE COMPANY | : : : : |
| v. | : NO. 18-5465 : : |
| PARADIGM TITLE GROUP, LLC d/b/a PARADIGM ABSTRACT OF PA, LLC. | : : : : : |

## NOTICE OF APPEARANCE

Kindly enter my appearance on behalf of Defendant, Paradigm Title Group LLC d/b/a Paradigm Abstract of PA, LLC, in the above-captioned matter.

                                       **MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**

BY: _____
                  James P. Shay, Esquire
                  Attorney ID No. 320579
                  2000 Market Street, Suite 2300
                  Philadelphia, PA  19103
                  (215) 575-4555
                  (215) 575-0856
                  jpshay@mdwcg.com
                  Attorney for Defendant

Dated:  March 4, 2019

## CERTIFICATE OF SERVICE

    I, James P. Shay, Esquire, do hereby certify that a true and correct copy of my Notice of Appearance, was electronically filed with the Court on March 1, 2019, and is available for viewing and downloading from the ECF System.

**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**

BY: _____
James P. Shay, Esquire
Attorney ID No. 320579
2000 Market Street, Suite 2300
Philadelphia, PA  19103
(215) 575-4555
(215) 575-0856
jpshay@mdwcg.com
Attorney for Defendant

Dated: March 4, 2019