## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WESTCOR LAND TITLE INSURANCE COMPANY | : : : |
| Plaintiff, | : : |
| v. | :   Case No.:  18-5465 : |
| PARADIGM TITLE GROUP, LLC d/b/a PARADIGM ABSTRACT OF PA LLC Serve: Incorp Services Inc. (Registered Agent) 7208 Red Top Road Hummelstown, PA 17036 | : : : : : : : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2019, the foregoing was filed with the Clerk of the Court using the CM/ECF System, which will then send a notification of such filing to all counsel of record.

By: /s/ Ross S. Enders
Ross S. Enders, Esquire
PA Attorney I.D. 89840
Law Offices of Watson & Allard, PC
24 Regency Plaza
Glen Mills, Pennsylvania 19342
ross.enders@watsonandallard.com
(610) 358-9600 - Phone
(610) 358-9601 - Fax
Counsel for Plaintiff