IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WESTCOR LAND TITLE INSURANCE COMPANY | : : : : : : | CIVIL ACTION<br><br>No. 18-5465 |
| v. | | |
| PARADIGM TITLE GROUP, LLC | | |

## **ORDER**

AND NOW, this 14th day of June, 2019, it is ORDERED Plaintiff Westcor Land Title Insurance Company's Consent Motion to Modify Scheduling Order to Extend Deadlines (Document 16) is DENIED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.